**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**DIANA KELLY,**

                **Plaintiff,**

     **v.**                                  **1:10-CV-949**
                                                  **(MAD/DEP)**

**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**

---

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| NEWELL, KLINGEBIEL LAW FIRM<br>One South Western Plaza<br>P.O. Box 2152<br>Glens Falls, New York 12801<br>*Attorney for Plaintiff* | Mark T. Montanye, Esq. |
| HON. RICHARD HARTUNIAN<br>United States Attorney<br>Northern District of New York<br>P.O. Box 7198<br>100 South Clinton Street<br>Syracuse, New York 13261 | Joanne Jackson, Esq. |
| SOCIAL SECURITY ADMINISTRATION<br>Office of the General Counsel<br>Region II<br>26 Federal Plaza - Room 3904<br>New York, New York 10278<br>*Attorney for Defendant* | Stephen P. Conte, Esq.<br>Special Assistant U.S. Attorney |

**MAE A. D'AGOSTINO, U. S. DISTRICT JUDGE**

## ORDER

    The above matter comes to me following a Report-Recommendation by Magistrate Judge

David E. Peebles, duly filed on the 5th day of December 2011.  Following fourteen (14) days from

the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Commissioner is granted judgment on the pleadings and Plaintiff's motion for judgment on the pleadings is denied.

3. The Clerk is directed to close the case and enter judgment accordingly.

4. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: December 23, 2011
       Albany, New York

_____
Mae A. D'Agostino
U.S. District Judge